**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

LAWRENCE KETEY ONEIL ALRICK, :    Civil No. 1:26-CV-01330

        Petitioner,          :

        v.           :

CRAIG LOWE,          :

        Respondent.      :     Judge Jennifer P. Wilson

## ORDER

**AND NOW**, on this 15th day of June, 2026, in accordance with the

accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The petition for writ of habeas corpus, Doc. 1, is **GRANTED**.

2) Respondents shall **IMMEDIATELY RELEASE** Petitioner from custody on his own recognizance.

3) Respondents shall certify compliance with this order by filing a declaration or affidavit pursuant to 28 U.S.C. § 1746 no later than **Thursday, June 18, 2026, at 5:00 p.m.** confirming that Petitioner has been released from custody.

4) Respondents are **PERMANENTLY ENJOINED** from detaining Petitioner pursuant to 8 U.S.C. § 1225.

5) The Clerk of Court shall enter judgment in favor of Petitioner and close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania